```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 36250
   ROBERT J URQUIJO
   MARY L URQUIJO                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-9865     SSN XXX-XX-1554
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/08/05 and confirmed on 11/29/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 26257.92 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED VEHIC | 6450.00 | 481.95 | 6450.00 |
| GMAC PAYMENT CENTER | SECURED | 7068.80 | 401.89 | 7068.80 |
| ADVOCATE HOME CARE PROD | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ONE RECEIVABLES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1024.37 | .00 | 1024.37 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GEORGE SKARPATHIOTIS MD | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE DIAGNOSTIC CENTER | UNSECURED | NOT FILED | .00 | .00 |
| GAIL D MILLER MD | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| THE MCGRATH CLINIC SC | UNSECURED | NOT FILED | .00 | .00 |
| METRO INFECTIOUS DISEASE | UNSECURED | NOT FILED | .00 | .00 |
| M AIRAN MD | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RETRIEVAL MASTERS | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 5618.25 | .00 | 5618.25 |
| SAMS | UNSECURED | NOT FILED | .00 | .00 |
| TATE & KIRLIN ASSOC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRI COUNTY ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| BOOK PLANET | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 119.71 | .00 | 119.71 |
| CAPITAL ONE BANK | UNSECURED | 1361.94 | .00 | 1361.94 |

Summary of disbursements:

---
|   | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      13518.80           .00      8124.27           .00     21643.07
PRINCIPAL PAID          13518.80           .00      8124.27           .00     21643.07
INTEREST PAID             883.84           .00           .00           .00       883.84
TOTAL PAID              14402.64           .00      8124.27           .00     22526.91
```

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    1029.39 .

Refunds to the Debtor totaled $       1.62 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/10/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE










                                    PAGE   2
          CASE NO. 05 B 36250 ROBERT J URQUIJO & MARY L URQUIJO